WALTER MEAD *versus* LOWRIN MARSH, CHARLES LARNED, ADMINISTRATOR, ETC., OF GEORGE B. LARNED, WOLCOTT LAWRENCE, GABRIEL GODFROY, SR., LUTHER MARSH, HIRAM MILLER, SAMUEL STONE, JR., BENJA-

MIN DAVIS, JACOB SHAW, DAVID W. JACOBS, IGNACE JACKSON, LUTHER SMITH, WILLIAM G. TAYLOR, HEMAN BROWN, Jr., AND ELISHA MARSH. ▮

JOURNAL ENTRIES (1827–29): *Journal 4:* (1) Motion for order of publication *p. 136; (2) rule to plead, answer, or demur; copy of rule ordered published *p. 144; (3) continued *p. 175; (4) motion to take bill as confessed *p. 231; (5) bill taken as confessed, referred to master *p. 257; (6) motion to set aside last-mentioned orders *p. 260.

PAPERS IN FILE: (1) Bill of complaint; (2) bond for costs; (3) precipe for subpoenas; (4–5) writs of subpoena and returns; (6) affidavit of non-residence; (7) motion for notice by publication; (8) stipulation to delay proceedings; (9) proof of publication; (10) motion to take bill as confessed; (11) clerk's certificate as to pleadings on file; (12) draft of decree pro confesso and reference to master; (13) master's report of amount due; (14) motion to set aside order taking bill as confessed; (15) affidavit in support of motion.

*Chancery Case 85 of 1827.*